B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Derrick Godfrey                              ,                Case No. 20-22954-shl

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Rushmore Loan Management Services, LLC as servicer for U.S. Bank Trust National Association as trustee of Tiki Series IV Trust | Rushmore Loan Management Services, LLC as servicer for MTGLQ Investors, LP |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Rushmore Loan Management Services, LLC
P.O. Box 55004
Irvine, CA 92619-2708

Phone: 888-504-6700
Last Four Digits of Acct #: 8110

Court Claim # (if known): 6
Amount of Claim: $1,275,952.02
Date Claim Filed: 09/29/2020

Phone: 888-504-6700
Last Four Digits of Acct. #: 8110

Name and Address where transferee payments should be sent (if different from above):
Rushmore Loan Management Services, LLC
P.O. Box 52708
Irvine, CA 92619-2708
Phone: 888-504-6700
Last Four Digits of Acct #: 8110

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____          Date: 2/9/4
Transferee/Transferee's Agent
Brim Buke

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.