UNITED BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:                                                    Chapter 13

**Derrick Godfrey,**
                                                         Case No. 20-22954-shl

                              Debtor.
                                                         <u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK            )
                             ) ss.:
COUNTY OF WESTCHESTER        )

I, Ernest A. Yazzetti, Jr., being duly sworn, deposes and says; I am not a party to the action, am over 18 years of age and reside in Westchester County, New York.

On February 18, 2021, I served the within copy of the Transfer of Claim by depositing true copies thereof enclosed in a post-paid plain envelope, by first class mail in an official depository under the exclusive care and custody of the U.S. Postal Service within the State of New York, addressed to the following persons at the last known address set forth below:

**Debtor:**
Derrick Godfrey
126 Lord Kitchner Road
New Rochelle, NY 10804

**Trustee:**
Krista M. Preuss
Chapter 13 Standing Trustee
399 Knollwood Road
White Plains, NY 10603

**Debtor's Attorney:**
Todd S. Cushner, Esq.
Cushner & Associates, P.C.
399 Knollwood Road
Suite 205
White Plains, NY 10603

**U.S. Trustee:**
United States Trustee
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014

Sworn to before me this
1Ƽ day of February, 2021

_____
Notary Public

_____
Ernest A. Yazzetti, Jr.

KAREN B. OLSON
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 02OL5058770
Qualified in Rockland County
Expires April 15, 20___

KAREN B. OLSON
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 02OL5058770
Qualified in Rockland County
Commission Expires April 15, 20 22